

TO: THE CLERK OF THE COURT OF APPEALS FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT
(Criminal Appeal)

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 9:30 AM
CHRISTOPHER A. PRINE
Clerk

Cause No: 14-DCR-065587

FROM THE 400TH JUDICIAL DISTRICT COURT
FORT BEND COUNTY, TEXAS

JENNIFER ANNE THOMAS
VS
THE STATE OF TEXAS

**Judge Presiding:**
MAGGIE PEREZ-JARAMILLO
**Court Reporter:**
KAREN ROTHMAN

**Counsel for Appellant:**
Jennifer Anne Thomas
Fort Bend County Jail
1410 Williams Way Blvd
Richmond TX 77469
Pro-Se
Telephone:

**Counsel for Appellee:**
John F. Healey, Jr. , District Attorney
John Harrity, State's Appeal Attorney
309 South 4th Street, 2nd Floor
Richmond, Texas 77469
Rodolfo Ramirez, Prosecutor
309 South 4th Street, 2nd Floor
Richmond, Texas 77469
Telephone: 281 – 341 - 4460

| | |
|---|---|
| Date of Judgment: | December 19, 2014 |
| Nature of Action: | Count I Theft of Property>=200K; Count II Money Laundering>=200K |
| Date Judgment & Sentence Signed by Judge: | December 19, 2014 |
| Disposition of Case: | Convicted |
| Jury Trial: | NO |
| Notice of Appeal Filed on: | December 22, 2014 |
| Appellant Confined: | YES |
| Date Sentence Imposed: | December 19, 2014 |
| Punishment Assessed: | 30 Years in TDCJ-ID with 276 Days Credit |
| Appellant Counsel was: | Appointed |
| Signed, | December 29, 2014 |

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: /s/ Petra Lozano
Deputy District Clerk Petra Lozano
Telephone: (281) 341-4502

Electronically Filed with the Fourteenth Court of Appeals, at Houston, Texas on December 29, 2014 .

Enclosure(s): Notice of Appeal

cc: Jennifer Anne Thomas, Appellant
john Harrity, State's Appeal Attorney
Karen Rothman, Court Reporter

14—DCR—065587
NOAP
Notice of Appeal
3355136

14 DCR 65587

THE State of Texas    *    IN THE 400th

VS.             * District COURT IN

Jennifer Thomas      * FORT BEND County, Texas

## NOTICE of APPEAl

ON this day the defendant, Jennifer Thomas, gives her notice of Appeal from the punishment hearing and sentencing that occurred in this cause.

Jennifer Thomas.

FILED

DEC 2 2 2014

AT 10:15 A M.

Clerk District Court, Fort Bend Co., TX